UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SIE JOE LANN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-09-329 |
| | § | |
| CANDICE MOORE, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
## ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On May 12, 2010, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that defendant's motion to dismiss plaintiff's claims against defendant Moore in her official capacity (D.E. 12) be granted and that defendant Moore's motion for summary judgment (D.E. 13) be granted and plaintiff's claims against her be dismissed with prejudice.  On May 20, 2010, plaintiff filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and plaintiff's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that defendant's motion to dismiss plaintiff's claims against defendant Moore in her official capacity is granted, that defendant Moore's motion for summary judgment is granted and plaintiff's claims against her are dismissed with prejudice.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 4th day of June, 2010.

_____
Janis Graham Jack
United States District Judge